IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-186-CV





HILTON P. CULPEPPER,



 APPELLANT


vs.





MARTHA L. CULPEPPER,



 APPELLEE



 




FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT



NO. 23,770, HONORABLE CHARLES E. LANCE, JUDGE PRESIDING



 





PER CURIAM



 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Kidd and B. A. Smith 

Dismissed on Appellant's Motion

Filed: August 17, 1994

Do Not Publish